UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAOCHY CANDELARIA CRUZ, *o/b/o* Y.R.C., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI[1], <br><br> Defendant. | CIVIL ACTION NO. 3:20-CV-02029 <br><br> (MEHALCHICK, M.J.) |

**ORDER**

AND NOW, this 22nd day of February, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that the Commissioner's decision to deny Cruz benefits under Titles XVI of the Social Security Act (*see* Doc. 1, at 1-2) is **AFFIRMED**. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Cruz. The Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] The Court has amended the caption to replace, as the named defendant, Social Security Commissioner Andrew M. Saul, with his successor, Social Security Commissioner Kilolo Kijakazi. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").